U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL - 6 2016

TONY R. MOORE, CLERK
BY: MS
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JONATHAN RODIGUEZ-RUIZ<br>REG. #44015-177 | : | CIVIL ACTION NO. 2:16-cv-496<br>SECTION P |
| VERSUS | : | JUDGE TRIMBLE |
| BECKY CLAY | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 6th day of July, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE